

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-16-00356-CV

Style:     Michael Bynane v. David Guzman

Date motion filed[*]:     May 17, 2016

Type of motions:     Motion to Withdraw as Counsel for Appellant Michael Bynane

Parties filing motions:     Appellant's Counsel Jeffrey C. Jackson and John P. Fretz

Document to be filed:     N/A

Is appeal accelerated?     No.

Ordered that motion is:

    ☑ Granted
         If document is to be filed, document due:  N/A
    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑ Other: _____

  Appellant's counsel's motion to withdraw is **granted** because it complies with Rule
  6.5 and was served on appellant over 10 days ago with no response filed in this Court.
  *See* TEX. R. APP. P. 6.5(a), (b), 10.1(a)(5), 10.3(a).  Accordingly, the Clerk of this
  Court is directed to remove Jeffrey C. Jackson and John P. Fretz as counsel for
  appellant.  Mr. Jackson is ordered to comply with his notification obligations to
  appellant under Rule 6.5(c) by filing a notice with the Clerk of this Court within ten
  days of this order.  *See id.* 6.5(c), 34.6(b)(1), 35.3(b)(2)–(3), 38.6(a).

Judge's signature: /s/ Evelyn V. Keyes
          ☒ Acting individually

Date:  June 2, 2016